**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**NANCY JO WELLS**                                                                    **PLAINTIFF**

**v.**                                   **Case No. 2:25-cv-00237-JM**

**KEITH FINCH, Chief of Police, Dumas**
**Police Department,** *et al.*                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 30th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE